UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA HARLEY,

                       Plaintiff,        **ORDER**
                                                   CV 09-2897 (JFB)(ARL)
      -against-

THE SUFFOLK COUNTY POLICE DEPARTMENT,
et al.,

                       Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter motion dated June 23, 2011, defendants advise that they have not received plaintiff's Revised Narrative Statement. Plaintiff's Revised Narrative Statement which was to be served no later than June 16, 2011.

      The plaintiff is directed to submit a Revised Narrative Statement on or before July 20, 2011. If the plaintiff fails to submit a Revised Narrative Statement by this date, the court shall deem the initial narrative statement submitted by plaintiff as the final narrative statement to be incorporated into the pretrial order. The defendants are directed to file the pretrial order on or before August 3, 2011.

      Defendants are directed to serve a copy of this order upon plaintiff by certified mail immediately upon receipt.

Dated: Central Islip, New York
         July 6, 2011

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge